UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS, | Case No.: 1:19-cv-00761-BAM (PC) |
| Plaintiff, | ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE (ECF No. 3) |
| v. | |
| UNITED STATES OF AMERICA, | ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |
| Defendant. | |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2401 *et seq.* Plaintiff initiated this action on May 28, 2019, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

Plaintiff's application is incomplete. Although Plaintiff has signed the motion, Plaintiff has failed to complete the required form and to submit a certified copy of his trust account statement. Plaintiff must submit a completed form and a certified copy of his trust account statement if he wishes for the application to be considered.

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **June 4, 2019**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE