# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendants. | Case No. 1:19-cv-00761-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION AS TIME BARRED<br><br>(ECF No. 12) |

        Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action filed pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2401 *et seq*. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 6, 2019, the assigned Magistrate Judge issued findings that equitable tolling of the statute of limitations was inappropriate in this action and recommended dismissal of this action as time barred. (ECF No. 12.) The findings and recommendation were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 5.) Plaintiff filed objections on December 31, 2019. (ECF No. 14.)

        Plaintiff's objections merely reiterate arguments made in his complaint and his motion for extension of time to file his complaint. (ECF Nos. 1, 4.) These arguments were fully addressed in the findings and recommendation, and Plaintiff's objections raise only his disagreement with

1

the Magistrate Judge's decision.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 6, 2019, (ECF No. 12), are adopted in full;
2. This action is dismissed, with prejudice, as barred by the statute of limitations; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 9, 2020**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE