# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS, | Case No. 1:19-cv-00761-LJO-BAM (PC) |
| Plaintiff, | Appeal No. 20-15127 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

Plaintiff Kentrell Willis ("Plaintiff"), a federal prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2401 *et seq*. On January 10, 2020, the Court dismissed this action, with prejudice, as barred by the statute of limitations. (ECF No. 15.) Judgment was entered accordingly the same date. (ECF No. 16.) On January 27, 2020, Plaintiff filed a notice of appeal. (ECF No. 17.)

On February 4, 2020, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __February 5, 2020__          ___/s/ *Barbara A. McAuliffe*___
                                           UNITED STATES MAGISTRATE JUDGE

1