# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00761-NONE-BAM (PC)<br><br>ORDER REGARDING SERVICE OF COMPLAINT AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(ECF Nos. 1, 23)<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2401 *et seq.*

　　　　On January 10, 2020, the Court dismissed this action, with prejudice, as barred by the statute of limitations. (ECF Nos. 15, 16.) Plaintiff appealed. (ECF No. 17.) On May 12, 2021, the Ninth Circuit Court of Appeals found that it was not evident at this early stage in the proceedings that equitable tolling would not apply to extend the limitations proceeding. (ECF No. 23.) The Ninth Circuit vacated and remanded the action for service of the complaint on the defendant. (*Id.*) The Ninth Circuit issued its mandate on July 6, 2021. (ECF No. 25.)

　　　　Based on the foregoing, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's complaint, filed May 28, 2019, against Defendant United States of America for claims under the FTCA;

1

2. Service is appropriate for the following defendant(s):

   a. **United States of America**;

3. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 22, 2019 (ECF No. 1);

4. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Two completed USM-285 forms for Defendant United States of America (one for the civil-process clerk at the United States Attorney's Office and one for the Attorney General of the United States at Washington, D.C.). Fed. R. Civ. P. 4(i)(1)(A)(ii) & (B);

   b. Two completed summonses for Defendant United States of America;

   c. Two completed USM-285 forms for Defendant United States of America; and

   d. Three (3) copies of the complaint filed July 22, 2019;

5. Plaintiff need not attempt service on Defendant United States of America and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

6. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 7, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE