# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00761-NONE-BAM (PC)<br><br>ORDER GRANTING OPT OUT REQUEST BY DEFENDANT UNITED STATES OF AMERICA<br>(ECF No. 39)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING JANUARY 12, 2022 SETTLEMENT CONFERENCE<br>(ECF No. 36)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401 *et seq*. Plaintiff seeks monetary damages from the United States of America for alleged sexual assault and negligence arising out of events at the United States Penitentiary, Atwater.

On October 25, 2021, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 36.) The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

On November 23, 2021, Defendant filed an opt out notice. (ECF No. 39.) After a telephone conference with Plaintiff and a review of Plaintiff's claims, Defendant believes in good faith that a settlement conference would be a waste of resources. (*Id.*) Therefore, the stay is lifted, and the January 12, 2022, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of early alternative dispute resolution, (ECF No. 39), is GRANTED;
2. The stay of this action, (ECF No. 36), is LIFTED;
3. The January 12, 2022 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to Defendant; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **November 29, 2021**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE