UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:19-cv-00761-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO BE TRANSFERRED TO ANOTHER PRISON<br><br>(Doc. Nos. 32, 34) |

Plaintiff Kentrell Willis is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2401, *et seq.* Plaintiff seeks monetary damages from the United States of America for alleged sexual assault and negligence arising out of events which allegedly took place at the United States Penitentiary, Atwater.

On October 18, 2021, plaintiff filed a motion requesting his transfer to a safer prison. (Doc. No. 32.) On October 22, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a transfer be denied. (Doc. No. 34.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) No objections have been filed and the time to do so has passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 22, 2021, (Doc. No. 34), are adopted in full;
2. Plaintiff's motion for a prison transfer, (Doc. No. 32), is denied; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 7, 2021**

_____
UNITED STATES DISTRICT JUDGE

2