# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  1:19-cv-00761-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 50)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2401, *et seq*.  Plaintiff seeks monetary damages from Defendant United States of America for alleged sexual assault and negligence arising out of events which allegedly took place at the United States Penitentiary, Atwater.  All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

On February 28, 2022, Defendant filed a motion for summary judgment for failure to exhaust administrative remedies and/or timeliness.  (ECF No. 50.)  On March 1, 2022, the Court issued a second informational order providing Plaintiff with notice of the requirements for opposing a motion for summary judgment.  *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th

Cir. 1988).  (ECF No. 52.)  Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition was due on or before March 25, 2022.  The deadline for Plaintiff to respond to Defendant's motion for summary judgment has expired, and he has not otherwise been in contact with the Court.  Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute.  Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's February 28, 2022 motion for summary judgment.  **<u>Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute.</u>**

IT IS SO ORDERED.

Dated:   **April 11, 2022**                            /s/ *Barbara A. McAuliffe*  
                                                                    UNITED STATES MAGISTRATE JUDGE