# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:19-cv-00761-BAM (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO POSTPONE CONSIDERATON OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STAY PROCEEDINGS<br>(ECF Nos. 57, 62)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL AS MOOT<br>(ECF Nos. 59, 63)<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq*. Plaintiff seeks monetary damages from the United States of America for alleged sexual assault and negligence arising out of events at the United States Penitentiary, Atwater. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

On February 28, 2022, Defendant filed a motion for summary judgment on all claims against it due to failure to exhaust administrative remedies and/or untimeliness. (ECF No. 50.) Plaintiff did not file an opposition, and instead filed various motions to compel discovery, to

1

postpone consideration of the motion for summary judgment, and to stay proceedings. (ECF Nos. 57, 59, 62, 63.) On May 11, 2022, the Court directed the parties to meet and confer regarding Plaintiff's motions to compel, (ECF No. 64), and following a series of conferences, it appears the parties have now largely resolved the discovery disputes at issue, (ECF Nos. 65, 68, 71). Plaintiff's motions to compel are therefore denied as moot.

As the basis for Plaintiff's requests for the Court to postpone the motion for summary judgment and/or to stay the proceedings were the discovery disputes and delays in receipt of mail discussed in the motions to compel, and Plaintiff has not raised any remaining issues, the Court now finds it appropriate to reset the deadline for Plaintiff to file an opposition to Defendant's motion for summary judgment. Plaintiff's requests for postponement and/or stay of the motion for summary judgment are granted to the extent that the Court has delayed briefing on the motion pending resolution of the parties' discovery dispute.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to postpone consideration of Defendant's motion for summary judgment, (ECF No. 57), and Plaintiff's motion to stay proceedings, (ECF No. 62), are GRANTED IN PART, as discussed above;
2. Plaintiff's motions to compel, (ECF Nos. 59, 63), are DENIED as moot;
3. Plaintiff shall file an opposition or statement of non-opposition to Defendant's February 28, 2022 motion for summary judgment, (ECF No. 50), within **thirty (30) days** from the date of service of this order; and
4. **Plaintiff's failure to comply with the Court's order will result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **July 27, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2