# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00761-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS A MOTION FOR A COPY OF DOCKET<br>(ECF No. 77)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF DOCKET<br>(ECF No. 77)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF PUBLIC DOCKET SHEET ON PLAINTIFF |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq*. Plaintiff seeks monetary damages from the United States of America ("Defendant") for allege sexual assault and negligence arising out of events at the United States Penitentiary, Atwater. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

On March 9, 2023, Plaintiff filed a notice of change of address. (ECF No. 77.) In his notice, Plaintiff requests a copy of the docket sheet for the instant action. (*Id.*)

Plaintiff is advised that the Court does not provide free copies of case documents to parties, even when a party is proceeding *in forma pauperis*. Ordinarily, the Clerk of Court charges $0.50 per page for copies of documents. However, based on Plaintiff's recent transfer to

a new institution, the Court will make a <u>one-time exception</u> in this instance. In the future, copies of documents or of the docket sheet may be made by the Clerk's Office upon written request and prepayment of the copy fees.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice of change of address, (ECF No. 77), is CONSTRUED as a motion for a copy of the docket;
2. Plaintiff's motion for a copy of the docket, (ECF No. 77), is GRANTED; and
3. The Clerk's office is DIRECTED to serve a copy of the public docket sheet for this action on Plaintiff at his current address of record.

IT IS SO ORDERED.

Dated: **March 10, 2023**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE