| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br><br>EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| KENTRELL WILLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00761-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS A MOTION FOR A COPY OF DOCKET<br>(ECF No. 79)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF DOCKET<br>(ECF No. 79)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF PUBLIC DOCKET SHEET ON PLAINTIFF |

　　　　Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq*. Plaintiff seeks monetary damages from the United States of America ("Defendant") for allege sexual assault and negligence arising out of events at the United States Penitentiary, Atwater. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

　　　　On June 15, 2023, Plaintiff filed a notice of change of address. (ECF No. 79.) In his notice, Plaintiff requests a copy of the docket sheet for the instant action and the Local Rules of the Court. (*Id.*) Plaintiff has previously requested a copy of the docket sheet for this action due to a change of address, and the request was granted. (ECF No. 78.) However, Plaintiff states that this is his fourth change of address since February, and he has not yet received a response. (ECF

No. 79.)

Plaintiff is again advised that the Court does not provide free copies of case documents to parties, even when a party is proceeding *in forma pauperis*. Ordinarily, the Clerk of Court charges $0.50 per page for copies of documents. However, based on Plaintiff's recent transfer to a new institution, and his statement that he has not received the Court's prior response to his request, the Court will make a one-time exception in this instance. The Court will provide a copy of the docket, but Plaintiff is advised that the he may access the Court's Local Rules through the law library at his institution. In the future, copies of documents or of the docket sheet may be made by the Clerk's Office upon written request and prepayment of the copy fees.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice of change of address, (ECF No. 79), is CONSTRUED as a motion for a copy of the docket;
2. Plaintiff's motion for a copy of the docket, (ECF No. 79), is GRANTED; and
3. The Clerk's office is DIRECTED to serve a copy of the public docket sheet for this action on Plaintiff at his current address of record.

IT IS SO ORDERED.

Dated: __June 16, 2023__            /s/ *Barbara A. McAuliffe*  
                                     UNITED STATES MAGISTRATE JUDGE