# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS, | Case No. 1:19-cv-00761-BAM (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 82) |
| Defendant. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq.* Plaintiff seeks monetary damages from the United States of America ("Defendant") for allege sexual assault and negligence arising out of events at the United States Penitentiary, Atwater. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

On June 29, 2023, Plaintiff filed a motion requesting that this matter be set for Alternative Dispute Resolution. (ECF No. 82.)

The Court generally will not grant motions to set a settlement conference without confirmation that all parties feel that a settlement conference would be a beneficial use of resources of the parties and the Court. Therefore, the Court finds it appropriate to obtain a brief response from Defendant regarding Plaintiff's request for a settlement conference, indicating whether Defendant is also willing to participate in a judicially-mediated settlement conference in

this matter.  Defendant need not respond to each separate condition included in Plaintiff's request. The parties are further reminded that they are free to communicate regarding a possible settlement, without judicial involvement.

Accordingly, Defendant is HEREBY ORDERED to file a brief written response to Plaintiff's motion for a settlement conference, (ECF No. 82), within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 30, 2023**__                    /s/ *Barbara A. McAuliffe*    _
                                                     UNITED STATES MAGISTRATE JUDGE