# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 1:19-cv-00761-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 82) |

　　　　Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq.* Plaintiff seeks monetary damages from the United States of America ("Defendant") for alleged sexual assault and negligence arising out of events at the United States Penitentiary, Atwater. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

　　　　On June 29, 2023, Plaintiff filed a motion requesting that this matter be set for Alternative Dispute Resolution. (ECF No. 82.) The Court directed Defendant to file a brief written response indicating whether Defendant is also willing to participate in a judicially-mediated settlement conference in this matter. (ECF No. 83.) Defendant filed a response on July 11, 2023, stating that in light of the pending motion for summary judgment, which could dispose of the entire case or substantially narrow the scope of Plaintiff's claims and recoverable damages. In addition, Defendant still believes that Plaintiff's current settlement demand is out of range for a fruitful

settlement conference. Defendant indicates that it will notify the Court if further discussions between the parties indicate that a judicially-mediated settlement conference might be fruitful. (*Id.*)

Without a clear indication from all parties to the action that they are willing to discuss settlement, the Court does not find that it would be an efficient use of judicial resources to set this case for a settlement conference at this time. The parties are reminded that they are free to settle this matter without judicial involvement at any time by communicating among themselves. If in the future the parties jointly decide that this action would benefit from a Court-facilitated settlement conference, or if they are able to reach an independent settlement agreement, they may so inform the Court.

Accordingly, Plaintiff's request for a settlement conference, (ECF No. 82), is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated: **July 12, 2023**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE