# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTRELL WILLIS, | Case No. 1:19-cv-00761-BAM (PC) |
| Plaintiff, | ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS A MOTION FOR A COPY OF DOCKET (ECF No. 87) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | ORDER DENYING PLAINTIFF'S MOTION FOR A COPY OF DOCKET (ECF No. 87) |

Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq*. Plaintiff seeks monetary damages from the United States of America ("Defendant") for allege sexual assault and negligence arising out of events at the United States Penitentiary, Atwater. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 49.)

On January 8, 2024, Plaintiff filed a notice of change of address. (ECF No. 87.) In his notice, Plaintiff requests a copy of the docket sheet for the instant action. (*Id.*) Plaintiff has previously requested a copy of the docket sheet for this action due to a change of address, and the request was granted. (ECF Nos. 78, 81.) However, Plaintiff states that this is his fourth change of address he has submitted with a request for a docket sheet, and he has yet to receive a response from the Court. (ECF No. 87.)

///

1

Plaintiff is again advised that the Court does not provide free copies of case documents to parties, even when a party is proceeding *in forma pauperis*. (ECF No. 5, p. 3.) Ordinarily, the Clerk of Court charges $0.50 per page for copies of documents. As noted above, the Court has previously made exceptions based on Plaintiff's transfers to a new institution and directed the Clerk of the Court to provide free copies of the docket sheet. (ECF Nos. 78, 81.) Although Plaintiff indicates he never received those copies or the Court's responses, the Court notes that those orders were not returned by the United States Postal Service as undeliverable, indicating that they were mailed to the Plaintiff and received at his then-current address of record. In addition, Plaintiff has not explained why he requires a copy of the docket sheet at this time. In the future, copies of the docket sheet may be made by the Clerk's Office upon written request and prepayment of the copy fees.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice of change of address, (ECF No. 87), is CONSTRUED as a motion for a copy of the docket; and
2. Plaintiff's motion for a copy of the docket, (ECF No. 87), is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **January 9, 2024**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2