# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENTRELL WILLIS,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  1:19-cv-00761-BAM (PC)

ORDER OF DISMISSAL

(ECF No. 89)

      Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401, *et seq*.  Plaintiff seeks monetary damages from the United States of America ("Defendant") for allege sexual assault and negligence arising out of events at the United States Penitentiary, Atwater.  All parties have consented to Magistrate Judge jurisdiction.  (ECF No. 49.)

      Pursuant to the Court's April 10, 2024 order granting Defendant's motion for summary judgment, all claims in this action are dismissed as time barred or as unopposed.  (ECF No. 89.)  Accordingly, judgment shall be entered in favor of Defendant and against Plaintiff, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:  __April 11, 2024__               /s/ *Barbara A. McAuliffe*

                                       UNITED STATES MAGISTRATE JUDGE