1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

11 KENTRELL WILLIS,

12 　　　　　Plaintiff,

13 　　v.

14 UNITED STATES OF AMERICA,

15 　　　　　Defendant.

16

Case No.  1:19-cv-00761-BAM (PC)

Appeal No. 24-2548

ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL

17 　　　　Plaintiff Kentrell Willis ("Plaintiff") is a federal prisoner who proceeded *pro se* and *in*

18 *forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C.

19 § 2401, *et seq.*  All parties consented to Magistrate Judge jurisdiction.  (ECF No. 49.)

20 　　　　On April 10, 2024, the Court granted Defendant United States of America's

21 ("Defendant") motion for summary judgment, dismissing all claims in this action as time barred

22 or as unopposed.  (ECF No. 89.)  Pursuant to that order, the Court issued an order of dismissal

23 and directed that judgment be entered in favor of Defendant and against Plaintiff on April 11,

24 2024.  (ECF No. 90.)  Judgment was entered accordingly the same date.  (ECF No. 91.)

25 　　　　On April 19, 2024, Plaintiff filed a notice of appeal.  (ECF No. 92.)

26 　　　　On April 24, 2024, the Ninth Circuit Court of Appeals referred the matter back to this

27 Court for the limited purpose of determining whether *in forma pauperis* status should continue for

28 the appeal.  28 U.S.C. § 1915(a)(3).  The Court finds that this appeal is not taken in bad faith and

1

1    is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should

2    continue on appeal.

3

4    IT IS SO ORDERED.

5      Dated:    **April 25, 2024**                    /s/ *Barbara A. McAuliffe*          _

6                                                UNITED STATES MAGISTRATE JUDGE